1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9     DONALD E. HOLLINS,                          1:20-cv-000692-EPG (PC)

10                        Plaintiff,

11          v.                                    ORDER GRANTING APPLICATION TO
                                                  PROCEED IN FORMA PAUPERIS
                                                  (ECF No. 2 in No. 1:20-cv-00775-NONE-EPG)
12    D. RHODES, et al.,

13                        Defendants.             and

14                                                ORDER DIRECTING PAYMENT
                                                  OF INMATE FILING FEE BY CALIFORNIA
15                                                DEPARTMENT OF CORRECTIONS

16

17          Plaintiff, Donald E. Hollins, is a prisoner proceeding *pro se* in this civil rights action

18    pursuant to 42 U.S.C. § 1983. Plaintiff filed this action ("Original Action") on May 18, 2020, but

19    did not pay the $400.00 filing fee or submit an application to proceed in forma pauperis pursuant

20    to 28 U.S.C. § 1915. Accordingly, on May 21, 2020, the Court entered an order directing Plaintiff

21    to submit an application to proceed *in forma pauperis* or pay the filing fee within 45 days.

22    (Original Action, ECF No. 4.)

23          On June 3, 2020, Plaintiff submitted an application to proceed *in forma pauperis* ("IFP")

24    along with a complaint that was marked as an "original complaint" but is essentially an exact

25    duplicate of the original complaint filed in the Original Action. Plaintiff did not put any case

26    number on these documents. As a result, the IFP application and new complaint did not get filed

27    in the Original Action but were instead filed as a new action and assigned Case No. 1:20-cv-

28    00775-DAD-BAM ("New Action"). (New Action, ECF Nos. 1, 2.)

                                                1

On June 4, 2020, in the New Action, the Clerk of Court issued a notice that directed the California Department of Corrections and Rehabilitation ("CDCR") to submit a Prison Trust Account Statement. (New Action, ECF No. 4.) This notice was served on both CDCR and Plaintiff. On June 5, 2020, Plaintiff submitted a certified trust account statement in the Original Action. (Original Action, ECF No. 5.) On June 12, 2020, the District Judge entered an order consolidating the Original Action with the New Action. (Original Action, ECF No. 8; New Action, ECF No. 7.)

Based on the IFP application filed in the New Action (New Action, ECF No. 2) and the trust account statement filed in the Original Action (Original Action, ECF No. 5), Plaintiff has made the showing required by § 1915(a) and accordingly, the request to *proceed in forma pauperis* will be granted.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

**2. The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

2

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **June 15, 2020**                        /s/ *Erica P. Grosjean*
                                                  UNITED STATES MAGISTRATE JUDGE