UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. HOLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>D. RHODES, et al.,<br><br>        Defendants. | Lead Case:  1:20-cv-00692-DAD-EPG (PC)<br><br>Member Case:  1:20-cv-00775-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

      Plaintiff Donald E. Hollins is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 19, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed with prejudice due to plaintiff's failure to state a claim, failure to prosecute, and failure to comply with a court order.  (Doc No. 11.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one (21) days.  (*Id.*)  Plaintiff has not filed any objections and the time in which to do so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations entered October 19, 2020 (Doc. No. 11) are adopted;
2. This case is dismissed with prejudice due to plaintiff's failure to prosecute and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 13, 2021**

_____
UNITED STATES DISTRICT JUDGE